**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 11-6883**

───────────

STANLEY L. REEDER, JR.,

              Plaintiff - Appellant,

     v.

C/O STAUNTON, Sheriff; SHERIFF OF STAUNTON, VIRGINIA; DEPUTY
SHERIFF GREGORY; CAPTAIN NICHOLSON; JOHN DOE #1; JOHN DOE
#2,

              Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    Glen E. Conrad, Chief
District Judge. (7:11-cv-00299-GEC)

───────────

Submitted: January 31, 2012       Decided: February 2, 2012

───────────

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Stanley L. Reeder, Jr., Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley L. Reeder, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reeder v. Staunton, No. 7:11-cv-00299-GEC (W.D. Va. June, 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED